IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

\*\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cause No. CR-22-102-GF-BMM-2 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER ALLOWING** |
| | ) | **DEFENDANT TO APPEAR VIA** |
| JESSE NUNEZ-IBARRA, | ) | **VIDEO FOR SENTENCING** |
| | ) | **HEARING** |
| Defendant. | ) | |
| | ) | |

Defendant, Jesse Nunez-Ibarra, through his counsel of record, Karolina G. Tierney, moved this Court to allow the defendant to appear via video for his sentencing hearing (Doc. 84), and with good cause appearing,

**IT IS HEREBY ORDERED** that the Defendant, Jesse Nunez-Ibarra, may appear via live video conferencing at his sentencing hearing on November 8, 2023, at 10:00 AM.  **IT IS FURTHER ORDERED** that defense counsel and the Defendant shall make the necessary arrangements with the Clerk of Court's Office in the Great Falls Division to facilitate this video appearance.

DATED this 22nd day of September, 2023.

Brian Morris, Chief District Judge
United States District Court